IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | Case No.:   18-09507 |
| Mark A LaRoussa | ) | |
| Debra J Kent-LaRoussa | ) | Chapter 13 |
| | ) | |
| | ) | Judge:  Deborah L. Thorne |
| Debtor(s). | ) | |

NOTICE OF MOTION

TO:  Mark A LaRoussa and Debra J Kent-LaRoussa, 116 S New Wilke Rd Arlington Heights, IL 60005 *via U.S. Mail*

Richard J. Schroeder, 225 West Wacker Drive Suite 1515, Chicago, IL 60606 *via U.S. Mail*

Oasis Financial, 9525 W. Bryn Mawr, Suite 900, Rosemont, IL 600118 *via U.S. Mail*

Trustee Marilyn O Marshall, 224 South Michigan Ste. 800, Chicago, IL 60604 *via ECF clerk's electronic delivery system*

U.S. Trustee, 219 S. Dearborn Suite 873, Chicago IL 60604 *via ECF clerk's electronic delivery system*
See attached service list

PLEASE TAKE NOTICE that on **July 17, 2019 at 9:30 am** I shall appear before the Honorable Judge Deborah L. Thorne at the Dirksen Federal Court, 219 S. Dearborn, Courtroom 613, Chicago, Illinois 60604, or any judge presiding and then and there present the **Motion**, a copy of which is attached hereto.

By:   /s/ *David H. Cutler*
David H. Cutler

CERTIFICATE OF SERVICE

I, David H. Cutler, hereby certify that I caused to be served, electronically or through U.S. Mail, a copy of the foregoing Notice and Motion upon the parties named above on June 26, 2019 before the hour of 9:00 p.m.

By:   /s/ David H. Cutler
David H. Cutler, esq.
Counsel for Debtor(s)
Cutler & Associates, Ltd.
4131 Main St. Skokie, IL 60076
Phone: (847) 673-8600

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | Case No.:   18-09507 |
| Mark A LaRoussa | ) | |
| Debra J Kent-LaRoussa | ) | Chapter 13 |
| | ) | |
| | ) | Judge:  Deborah L. Thorne |

## MOTION TO OBTAIN/INCUR DEBT

NOW COMES the Debtors, Mark A LaRoussa and Debra J Kent-LaRoussa, (hereafter referred to as "the Debtors"), by and through their attorneys, The Law Offices of Cutler & Associates, Ltd., and moves this Honorable Court to enter an order authorizing the Debtors to Incur Debt. In support thereof Debtors state as follows:

1. This Court has jurisdiction over this proceeding pursuant to 11 USC 1334 and this is a "core proceeding" under 28 USC 157(b).

2. The Debtors filed for relief under Chapter 13 of the United States Bankruptcy Code on March 30, 2018 and their Plan was confirmed on June 20, 2018.

3. As of the date of this motion the Debtors are current on their plan payments.

4. Debtor, Debra Kent-LaRoussa was in a car accident in July of 2018 and sustained back and knee injuries. The Debtor's schedules were amended August 30, 2018 to list the car accident on schedule B and take the exemption for personal injury awards on schedule C, under 735 ILCS 5/12-1001(h)(4) for $15,000. (See Exhibit A)

5. The Debtor has hired personal injury attorney Richard J. Schroeder of Tarpey, Jones & Schroeder, LLC, her to purse a claim for personal injury.

6. The Debtor is looking to take an advance on her potential personal injury claim with Oasis Financial as she was injured in the accident and had to take time off from work and

her and her husband fell behind on bills and living expenses.  The Debtor will also be having surgery soon and will require post-operative at home care.

7. Oasis Financial is a lender in the business of advance funding, they provide lawsuit settlement loans or settlement funding that are cash advances for impending settlement awards or lawsuit judgements. There is no settlement yet, Oasis Financial is proposing to give the Debtor a loan based on the potential settlement.

8. The Debtor is looking to take a loan for $10,000 with Oasis Financial against her potential personal injury settlement so she can catch up on bills, living expenses and to hire a nurse after her surgery to help with her post-operative at home care.

9. The proposed terms with Oasis Financial are a loan for $10,000 with an annual percentage rate of 36%, having deferred monthly repayment installments of $590.47 for 23 months and then one payment of $590.62 for one month, the finance charge will be $4,171.43 and the total amount of payments will be $14,196.43.  The Debtor would be electing to not make any payments until she makes a recovery of her legal claim and she would enter an agreement for deferment of any and all remaining installment payment obligations.  The loans terms with Oasis Financial are attached.  (See Exhibit B)

10. The Debtor seeks permission of this Court to take a loan on her potential personal injury settlement to incur debt of $14,196.43 that will result in having deferred monthly repayment installments of $590.47 for 23 months and then one payment of $590.62 for one month at the 36% interest.

WHEREFORE, Debtors, Mark A LaRoussa and Debra J Kent-LaRoussa, pray that this Court enter an order that will allow them to incur $14,196.43 in debt with deferred installment payments of $590.47 for 23 months and then one payment of $590.62 for one month at 36% percent interest, and for such further relief that this Court may deem just and proper.

Dated:  June 26, 2019                              Respectfully Submitted,

                                                   By:    /s/ David H. Cutler
                                                          David H. Cutler, esq.,
                                                          Counsel for Debtor(s):
                                                          Cutler & Associates, Ltd.
                                                          4131 Main St.
                                                          Skokie, IL 60076
                                                          Phone: (847) 673-8600